499 A.2d 940

**K & L MICROWAVE, INC. et al.**

v.

**Robert W. BARBELY et al.**

**No. 47, Sept. Term, 1985.**

Court of Appeals of Maryland.

Nov. 7, 1985.

K. King Burnett (David A. Vorhis, on brief), Salisbury, for appellants.

Philip L. Asplen, Jr., Baltimore, for appellees.

Argued before MURPHY, C.J., and SMITH, ELDRIDGE, COLE, RODOWSKY, COUCH and McAULIFFE, JJ.

## ORDER

The petition for writ of certiorari in the above-entitled case having been granted, 303 Md. 42, 491 A.2d 1197, and heard, it is this 7th day of November, 1985

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed, petition having been improvidently granted.